United States District Court
Southern District of Texas
**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YUSUF KURT and KUBRA KURT | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-26-3311 |
| | § | |
| MARKWAYNE MULLIN, *et al* | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Voluntary Dismissal of Action filed on June 30, 2026 (Doc. No. 10), this case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1).

SIGNED on this _____10th_____ day of July 2025.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE